SHAWN N. ANDERSON
United States Attorney
J. JUSTIN COLLINS
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | PETTY OFFENSE NO. 19-00152 |
| Plaintiff, | |
| vs. | **ORDER** |
| DEAN V. STEFANIDES, | |
| Defendant. | |

Upon motion by the United States of America and for good cause shown,

**IT IS HEREBY ORDERED** that CVB Citation No. 6887532 is dismissed with prejudice.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Sep 26, 2019**